UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BURDSAL, ) | 3:11-CV-0780-LRH (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 12, 2012 |
| ) | |
| STATE OF NEVADA, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 27, 2012, a settlement of this case was reached at the early mediation conference (#14). Thereafter, a stipulation for dismissal with prejudice was entered as to defendants James Cox, Bruce Harkreader, and the State of Nevada Department of Corrections (#18).

Prior to the mediation, plaintiff filed a motion requesting that the U.S. Marshal's Office serve process on defendants Mitchell and Bohan (#12). Service was not requested for defendant Alexander Sevier. On August 27, 2012, plaintiff was notified of the Court's intention to dismiss defendants Sevier, Mitchell and Bohan pursuant to Fed.R.Civ.P. 4(m) for failure to effect service of process.

Because this case has been settled, plaintiff's motion requesting the U.S. Marshal's Office to serve defendants Mitchell and Bohan (#12) is **DENIED without prejudice**. If plaintiff seeks to proceed against the three remaining defendants, he shall file a renewed motion for service on or before **September 26, 2012**. Otherwise, the remaining defendants shall be dismissed and this case will be closed in its entirety.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
   Deputy Clerk